**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Solcium Solar, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **86-2858443** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**312 W. 1st Street, Suite 504**<br>**Sanford, FL 32771**<br>Number, Street, City, State & ZIP Code<br><br>**Seminole**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**302 S. Oak Avenue Sanford, FL 32771**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.solciumsolar.com** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **Solcium Solar, LLC**_____   Case number (*if known*)_____
       Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | |    **6117** |

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor **Solcium Solar, LLC**      Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Solcium Solar, LLC**  Case number (*if known*)
      Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Solcium Solar, LLC**                                        Case number (*if known*)
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 18, 2024**
              MM / DD / YYYY

**X /s/ Michelle Solano**                                           **Michelle Solano**
Signature of authorized representative of debtor                    Printed name

Title   **CEO**

**18. Signature of attorney**

**X /s/ Scott W. Spradley**                                         Date **October 18, 2024**
Signature of attorney for debtor                                         MM / DD / YYYY

**Scott W. Spradley 782467**
Printed name

**The Law Offices of Scott W. Spradley**
Firm name

**P. O. Box 1**
**301 S. Central Avenue**
**Flagler Beach, FL 32136**
Number, Street, City, State & ZIP Code

Contact phone  **386 693 4935**          Email address  **scott@flaglerbeachlaw.com**

**782467 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Solcium Solar, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 18, 2024**     X **/s/ Michelle Solano**
Signature of individual signing on behalf of debtor

**Michelle Solano**
Printed name

**CEO**
Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **Solcium Solar, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABC Supply Co., Inc** 1 ABC Parkway Beloit, WI 53511 | | **Vendor** | | | | **$153,457.74** |
| **Alejandro Sanchez-Colon** 3310 Melonville Avenue Sanford, FL 32773 | | **Loan** | | | | **$80,000.00** |
| **Alterman Consulting, Inc.** 285 Rolling Mist Court Alpharetta, GA 30022 | | **Loan** | | | | **$78,432.00** |
| **Aurora Solar Inc** 153 Kearny Street 5th Floor San Francisco, CA 94108 | | **Vendor** | | | | **$60,138.96** |
| **Billy Dear** 180 S. Woodward Avenue Deland, FL 32720 | | **Loan** | | | | **$85,000.00** |
| **Cornerstone Sanctuary** 14306 Covenant Way Lakewood Ranch, FL 34202 | | **Customer** | | | | **$219,164.40** |
| **Genesis Equity Group Funding** 35 West 9th Street Brooklyn, NY 11231 | | **Merchant Cash Advance Loan** | | | | **$114,505.00** |
| **Grid Market, LLC d/b/a Grid Funding** 667 NE 105th Street Miami Shores, FL 33138 | | **Merchant Cash Advance Loan** | | | | **$103,431.00** |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 1

Debtor **Solcium Solar, LLC**  
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Grid Market, LLC d/b/a Grid Funding** <br> **667 NE 105th Street** <br> **Miami Shores, FL 33138** | | **Merchant Cash Advance Loan** | | | | $55,440.00 |
| **Internal Revenue Service** <br> **Central Insolvency Dept.** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7346** | | **2024 Payroll Taxes** | | | | $71,729.66 |
| **JPMCB Business Card** <br> **P O Box 15299** <br> **Wilmington, DE 19850** | | **Credit card purchases** | | | | $52,097.63 |
| **Krannich Solar East LLC** <br> **75 Twinbridge Drive Suite H** <br> **Pennsauken, NJ 08110** | | **Merchant Cash Advance Loan** | | | | $87,585.70 |
| **Marco Solano II** <br> **1306 S. Park Avenue** <br> **Sanford, FL 32771** | | **Loan** | | | | $108,615.12 |
| **Melinda Pack** <br> **2288 North Batavia** <br> **Orange, CA 92865** | | **Loan** | | | | $750,000.00 |
| **Newtek Small Bus Finance** <br> **1981 Marcus Avenue** <br> **Suite 130** <br> **Lake Success, NY 11042** | | **SBA Loan** | | | | $813,942.01 |
| **Seacoast National Bank** <br> **Small Business Lender** <br> **P O Box 9012** <br> **815 Colorado Avenue** <br> **Stuart, FL 34995** | | **SBA Loan** | | | | $194,870.06 |
| **Soligent** <br> **400 S. Record Street** <br> **Suite 1500** <br> **Dallas, TX 75202** | | **Loan** | | | | $80,721.73 |

Debtor **Solcium Solar, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Star Capital NY, LLC**<br>**c/o Empire Recovery Solution**<br>**10 W 37th St**<br>**RM 602**<br>**New York, NY 10018** | | **Merchant Cash Advance Loan** | | | | $75,000.00 |
| **Sunrgy I, LLC**<br>**12411 Citypark Drive**<br>**Missouri City, TX 77489** | | **Vendor** | | | | $246,039.50 |
| **Torro, LLC**<br>**c/o Zachary A. Bloomer,**<br>**Gordon Rees Scully Mansukhan**<br>**15 W. South Temple, Ste 1600**<br>**Salt Lake City, UT 84101** | | **Merchant Cash Advance Loan** | | | | $63,160.00 |

Solcium Solar, LLC
312 W. 1st Street, Suite 504
Sanford, FL 32771

C. Russell Slappey
941 W. Morse Blvd
Suite 100
Winter Park, FL 32789

Genesis Equity Group Funding
35 West 9th Street
Brooklyn, NY 11231

Scott W. Spradley
The Law Offices of Scott W. Spradley
P. O. Box 1
301 S. Central Avenue
Flagler Beach, FL 32136

CED Greentech, Inc.
P O Box 936557
Atlanta, GA 31193

Grid Market, LLC
d/b/a Grid Funding
667 NE 105th Street
Miami Shores, FL 33138

ABC Supply Co., Inc
1 ABC Parkway
Beloit, WI 53511

Chrysler Capital
P O Box 660335
Dallas, TX 75266

Gustavo Panosso
138 W. Stetson Avenue
Deland, FL 32720

Alejandro Sanchez-Colon
3310 Melonville Avenue
Sanford, FL 32773

Chrysler Capital
P O Box 961272
Fort Worth, TX 76161

Internal Revenue Service
Central Insolvency Dept.
P.O. Box 7346
Philadelphia, PA 19101-7346

Ally
P. O. Box 380902
Bloomington, MN 55438

Cornerstone Sanctuary
14306 Covenant Way
Lakewood Ranch, FL 34202

Jacqueline Schurga
302 S. Oak Avenue
Sanford, FL 32771

Alterman Consulting, Inc.
285 Rolling Mist Court
Alpharetta, GA 30022

EcoFasten
4141 W Van Buren St
Suite 2
Phoenix, AZ 85009

Joe DiMario
c/o Keith L. Hammond, P.A.
Hammond Law Center
P O Box 470361
Celebration, FL 34747

American Express
P. O. Box 981537
El Paso, TX 79998-1537

ETHNOS360, Inc.
312 W First St
Sanford, FL 32771

Jordan and Barbara Gritter
908 Sloewood Court
Lake Mary, FL 32746

Aurora Solar Inc
153 Kearny Street
5th Floor
San Francisco, CA 94108

Florida Dept of Revenue
5050 W. Tennessee St
Tallahassee, FL 32399-0125

JPMCB Business Card
P O Box 15299
Wilmington, DE 19850

Billy Dear
180 S. Woodward Avenue
Deland, FL 32720

Frederico Panosso
50 Epsy Street
Buford, GA 30518

Kenny Munitz
28748 Sleepy Bear Lane
Sorrento, FL 32776

Krannich Solar East LLC
75 Twinbridge Drive
Suite H
Pennsauken, NJ 08110

Leah Solano
302 S. Oak Avenue
Sanford, FL 32771

Marco Solano II
1306 S. Park Avenue
Sanford, FL 32771

Marco Solano Sr.
128 Borada Road
Sanford, FL 32771

Melinda Pack
2288 North Batavia
Orange, CA 92865

Michelle Solano
302 S. Oak Avenue
Sanford, FL 32771

Millenia Partners
4104 Millenia Blvd
#100
Orlando, FL 32839

Newtek Small Bus Finance
1981 Marcus Avenue
Suite 130
Lake Success, NY 11042

Power Capital
c/o Gene Rosen's Law Firm
200 Garden City Plaza
Suite 405
Garden City, NY 11530

PV Project Services
d/b/a Homesourced
2965 South Hwy 89
Wellsville, UT 84339

Rebecca Panosso
138 W. Stetson Avenue
Sanford, FL 32771

Rexel USA, Inc. (GexPro)
14951 Dallas Parkway
P.O Box 9085, Addison TX 750
Dallas, TX 75254

Seacoast National Bank
Small Business Lender
P O Box 9012
815 Colorado Avenue
Stuart, FL 34995

Soligent
400 S. Record Street
Suite 1500
Dallas, TX 75202

Southern States Material
Handling, Inc.
115 S 78 Street
Tampa, FL 33619

Star Capital NY, LLC
c/o Empire Recovery Solution
10 W 37th St
RM 602
New York, NY 10018

Stephen Hiss
401 Woldunn Circle
Lake Mary, FL 32746

Sunrgy I, LLC
12411 Citypark Drive
Missouri City, TX 77489

Timeless Funding, LLC
5712 New Ultrecht Avenue
Brooklyn, NY 11219

Torro, LLC
c/o Zachary A. Bloomer,
Gordon Rees Scully Mansukhan
15 W. South Temple, Ste 1600
Salt Lake City, UT 84101

Weinberg, Wheeler, Hudgins,
Gunn & Dial
255 South Orange Avenue
Suite 1260
Orlando, FL 32801